LAWRENCE E. SKIDMORE, (SBN 137587)
KATHLEEN CORDOVA LYON, (SBN 236224)
ARONOWITZ & SKIDMORE, INC.
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241
Email: asilaw@asilaw.org

Attorneys for Plaintiff
Action Produce, Inc.


ROBERT M. FINEMAN (SBN 188211)
CHRISTIAN P. FOOTE (SBN 240919)
DUANE MORRIS LLP
One Market Plaza, Spear Tower Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: rmfineman@duanemorris.com
cpfoote@duanemorris.com

Attorneys for Defendant
U.S. BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTION PRODUCE, INC., a California corporation,<br><br>Plaintiff<br>v.<br><br>U.S. BANCORP, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION, and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO: C 10-03449 JL<br><br>**AMENDED CASE MANAGEMENT CONFERENCE**<br><br>**REQUEST FOR CONTINUANCE**<br><br>Honorable Judge James Larson<br><br>State Action Filed July 7, 2010<br>Federal Removal August 6, 2010<br><br>CMC Hearing January 12, 2011<br>Time: 10:30 a.m. |

1

AMENDED CMC STATEMENT – REQUEST FOR CONTINUANCE

TO THE HONORABLE JUDGE JAMES LARSON,

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING NOTICE OF BANKRUPTCY FILING:

On December 27, 2010, Counsel for Plaintiff Action Produce, Inc., was informed by bankruptcy counsel for Action Produce, Inc, James T. Cois, Cois Law Firm, that Action Produce will be filing a Chapter 7 bankruptcy within the next few weeks. Counsel for both parties hereby request the court continue the initial case management conference for 30 days, at which time it is mostly likely this case will be subject to the automatic bankruptcy stay.

Dated: January 10, 2011

Respectfully submitted,
ARONOWITZ & SKIDMORE, INC.

By: /s/ Kathleen C. Lyon
KATHLEEN C. LYON
Attorneys for Plaintiff
Action Produce, Inc.

Dated: January 10, 2011

DUANE MORRIS LLP

By: /s/ Robert M. Fineman
Robert M. Fineman
Christian P. Foote
Attorneys for Defendants
U.S. Bank, National Association

The initial case management conference is continued to April 6, 2011 in Courtroom F, 15th Floor at 10:30 a.m.

January 10, 2010

_____
Honorable James Larson

2

AMENDED CMC STATEMENT – REQUEST FOR CONTINUANCE