1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ACTION PRODUCE, INC.,

               Plaintiff,

      v.

U.S. BANCORP,

             Defendant.

Case No. 10-cv-03449 NC

**ORDER TO SHOW CAUSE**

On January 31, 2011, plaintiff filed a notice of automatic stay in this matter, due to ongoing bankruptcy proceedings.  Dkt. No. 22.  No activity has occurred in this case since that time.  Plaintiff is ordered to update the Court, within 28 days of this order, as to the status of the stay and to show cause why its case should not be dismissed for lack of prosecution.

     IT IS SO ORDERED.

     Date:  June 16, 2014

                                _____
                                Nathanael M. Cousins
                                United States Magistrate Judge