UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTION PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANCORP and U.S. BANK NATIONAL ASSOCATION, <br><br> Defendants. | Case No. 10-cv-03449 NC <br><br> **ORDER DISMISSING CASE** <br><br> Re: Dkt. No. 25 |

On January 31, 2011, plaintiff filed a notice of automatic stay in this matter, due to ongoing bankruptcy proceedings. Dkt. No. 22. No activity has occurred in this case since that time. Therefore, on June 16, 2014, the Court ordered plaintiff to show cause by July 14, 2014 why its case should not be dismissed for lack of prosecution. Dkt. No. 25. To date, plaintiff has not responded to the order to show cause. Because all parties have consented to the jurisdiction of a magistrate judge, Dkt. No. 19, this Court has jurisdiction under 28 U.S.C. § 636(c).

Accordingly, the Court dismisses this case without prejudice for failure to prosecute. The Clerk of Court is directed to administratively terminate this matter.

1  IT IS SO ORDERED.

2  Date: August 4, 2014

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10-cv-03449 NC
ORDER DISMISSING CASE                    2